UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.                                                      Docket No: 05M-1049-JGD

LUIS RIOS-COLON
AKA: CAMILO VILAR

### NOTICE OF APPEARANCE

Now comes the undersigned, William Keefe, Massachusetts Board of Bar Overseers Registration Number 556817, and respectfully enters his appearance for all purposes on behalf of the defendant in the above-captioned matter.

|  |  |
|---|---|
|  | Respectfully submitted,<br>LUIS RIOS-COLON<br>By his lawyer, |
| 3/10/05<br>Date | *(signature)*<br>**WILLIAM KEEFE**<br>BBO # 556817<br>390 Centre Street<br>Jamaica Plain, MA 02130<br>Telephone (617) 983-9200<br>Facsimile (617) 983-0733 |

## CERTIFICATE OF SERVICE

I, William Keefe, hereby certify that a copy of the enclosed Notice of Appearance was sent to Lisa Asiaf, the Assistant United States Attorney, at the Office of the U.S. Attorney, One Courthouse Way, Ninth Floor, Boston MA, 02201, on March 10, 2005, by U.S. Postal Service.

_____
William Keefe