988669

# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**
Case Number: 05M-1049-JGD

**LUIS RIOS-COLON**
**(a/k/a Junior)**

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Luis Rios-Colon (a/k/a Junior)**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT   ☐ INFORMATION   ☒ COMPLAINT   ☐ ORDER OF COURT   ☐ VIOLATION OF NOTICE   ☐ PROBATION VIOLATION PETITON

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 FEB 28  P 3:10

CHARGING HIM OR HER WITH (brief description of offense)

**possession with intent to distribute and distribution of heroin**

in violation of Title ___21___ United States Code, Section(s) ___841___.

Judith Gail Dein
Name of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

Judith Gail Dein
Signature of Issuing Officer

Boston, MA;  February 28, 2005
Date and Location

Bail fixed at $ _____    BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER  EXECUTED BY DCIT ST/ARRAIGNMENT OF THE ANT ON 3/21/05 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |